UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ROE; JANE DOE 1; JANE DOE 2,

                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-4059 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

    Plaintiffs, proceeding *pro se* and anonymously, filed this action alleging that Defendants violated their rights. By order dated June 1, 2020, the Court directed Plaintiffs, within thirty days, to submit an amended complaint with their real names, signatures, and addresses; and pay the $400.00 in fees required to file a civil action or each submit a completed request to proceed *in forma pauperis* (IFP). That order specified that failure to comply would result in dismissal of this action. Plaintiffs have not filed an amended complaint, paid the fees, or submit IFP applications as directed. Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket.[1] All other pending matters are terminated.

SO ORDERED.

Dated:  August 5, 2020
           New York, New York

                                        /s/ Louis L. Stanton
                                          Louis L. Stanton
                                              U.S.D.J.

---

[1] As Plaintiffs did not provide a physical or email address to the Court, the Clerk of Court may not be able to send this order to Plaintiffs.