UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ROE; JANE DOE 1; JANE DOE 2,<br><br>                          Plaintiffs,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                          Defendants. | 20-CV-4059 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued August 5, 2020, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiffs' failure to submit an amended complaint, pay the $400.00 in filing fees, or file completed requests to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.[1]

SO ORDERED.

Dated:    August 5, 2020
            New York, New York

                                                                              Louis L. Stanton
                                                                                    U.S.D.J.

---

[1] As Plaintiffs did not provide a physical or email address to the Court, the Clerk of Court may not be able to send this order to Plaintiffs.